**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
BFFL CO., LLC,

                Plaintiff,

            -against-

Golda, Inc.,

                Defendant.

------------------------------------------------------------x

22-CV-9067 (LJL) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 61. The parties are directed to file a joint status letter **by Friday, July 14, 2023**.

**SO ORDERED.**

Dated: June 28, 2023
       New York, New York

                                *s/ Ona T. Wang*
                                **Ona T. Wang**
                                United States Magistrate Judge